IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00332-GPG

In re: ALEXANDER JOHNSON,

    Debtor.

---

ORDER DRAWING CASE

---

    Appellant Ritchie, Dillard, Davies & Johnson, P.C., has submitted a Notice of Appeal and Statement of Election (ECF No. 1) initiating an appeal from the United States Bankruptcy Court for the District of Colorado. Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case is not appropriate for summary dismissal at this time. Therefore, the appeal will be assigned to the AP docket for further review. *See* D.C. COLO.LAPR 10.2(b), 10.3. Accordingly, it is

    ORDERED that this appeal from the United States Bankruptcy Court for the District of Colorado shall be assigned to the AP Docket.

    DATED February 9, 2022.

                                          BY THE COURT:

                                          s/ Gordon P. Gallagher
                                          United States Magistrate Judge