# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>ALEXANDER JOHNSON,<br><br>Debtor. | Bankruptcy Case No. 19-19816-EEB<br>Chapter 7 |
| RITCHIE, DILLARD, DAVIES & JOHNSON, P.C.,<br><br>Appellants,<br><br>v.<br><br>M. STEPHEN PETERS,<br>Appellee, | U.S. District Court<br>Case No. 22-cv-332 REB |

## NOTICE REGARDING RECORD ON APPEAL

Pursuant to F.R.B.P. 8009 and 8010, please note the following:

☒ A Notice of Appeal and Statement of Election was filed on February 3, 2022 by Joshua Sheade on behalf of Ritchie, Dillard, Davies & Johnson, P.C. in the captioned case.

☒ The parties have designated a Record on Appeal. Attached please find:

Volume I - Docket Sheet and designated pleadings from Case 19-19816 EEB (part 1) and Claims Register (part 2).

☒ The following documents are not available on this Court's docket: Transcript of January 20, 2022 Non-Evidentiary Hearing.

☒ The following sealed documents were designated: Docket Nos. 51, 68, and 69. Pursuant to Fed.R.Bankr.P. 8009(f), these documents are not included.

DATED: March 3, 2022                               Kenneth S. Gardner, Clerk of Court
                                                   By: M. Reynolds, 720-904-7450

**A copy of this notice has been transmitted electronically to US District Court.**