# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>ALEXANDER JOHNSON,<br><br>Debtor. | Bankruptcy Case No. 19-19816-EEB<br>Chapter 7 |
| RITCHIE, DILLARD, DAVIES & JOHNSON, P.C.,<br><br>Appellants,<br><br>v.<br><br>M. STEPHEN PETERS,<br>Appellee, | U.S. District Court<br>Case No. 22-cv-332 REB |

## SECOND NOTICE REGARDING RECORD ON APPEAL

Pursuant to F.R.B.P. 8009 and 8010, please note the following:

☒ A Notice of Appeal and Statement of Election was filed on February 3, 2022 by Joshua Sheade on behalf of Ritchie, Dillard, Davies & Johnson, P.C. in the captioned case.

☒ The parties have designated a Record on Appeal. Volume I was transmitted to the U.S. District Court on March 3, 2022.

☒ The following documents have now been filed:
   Volume II - Transcript of January 20, 2022 Non-Evidentiary Hearing.

DATED: March 7, 2022                                    Kenneth S. Gardner, Clerk of Court
                                                        By: M. Reynolds, 720-904-7450

**A copy of this notice has been transmitted electronically to US District Court.**