UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-CV-00332 GPG

| | |
|---|---|
| IN RE: ALEXANDER JOHNSON,<br><br>Debtor. | Bankruptcy No. 19-19816-EEB |
| RITCHIE, DILLARD, DAVIES & JOHNSON, P.C.,<br><br>      Appellant,<br>v.<br><br>M. STEPHEN PETERS,<br><br>      Appellee. | |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Alexander Johnson, the Debtor and further requests that all notices, pleadings and other documents filed and/or served in this case be served upon the following:

    Keri L. Riley
    Kutner Brinen Dickey Riley, P.C.
    1660 Lincoln Street, Suite 1720
    Denver, CO 80264
    Email: klr@kutnerlaw.com

DATED this 15th day of March, 2022.

    Respectfully submitted,

    */s/ Keri L. Riley*
    Keri L. Riley #47605
    **KUTNER BRINEN DICKEY RILEY, P.C.**
    1660 Lincoln St., Suite 1720
    Denver, Colorado 80264
    Tel: (303) 832-2400
    klr@kutnerlaw.com
    *Attorneys for Alexander Johnson*

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 15th day of March 2022, I served a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** by United States first-class mail, postage prepaid thereon, or electronically through CM/ECF where indicated, to those persons listed below:

Joshua Brooks Sheade, Esq.
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

M. Stephen Peters, Esq.
M. Stephen Peters, P.C.
P.O. Box 4610
105 Windflower Lane
Frisco, CO 80443

Aaron J. Conrardy, Esq.
Lindsay S. Riley, Esq.
Wadsworth Garber Warner Conrardy, P.C.
2580 West Main Street
Suite 200
Littleton, CO 80120

<span style="margin-left:3em">*/s/Vicky Martina*</span>
<span style="margin-left:3em">Vicky Martina</span>
<span style="margin-left:3em">Kutner Brinen Dickey Riley PC    .</span>