UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE ALEXANDER JOHNSON<br><br>　　　　Debtor. | Bankruptcy Case No. 19-19816 EEB |
| RITCHIE, DILLARD, DAVIES & JOHNSON, P.C.<br><br>　　　　Appellant,<br>　v.<br><br>M. STEPHEN PETERS, Chapter 7 Trustee,<br><br>　　　　Appellee. | U.S. District Court<br>Case No. 22-CV-00332 GPG |

**NOTICE OF BANKRUPTCY COURT APPROVAL OF TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT AND MINUTE ORDER ON CASE CLOSURE**

　　M. Stephen Peters, chapter 7 trustee ("Trustee"), by and through undersigned counsel, hereby gives notice that the Bankruptcy Court has approved Trustee's Final Account and Distribution Report following a non-evidentiary hearing on the Objection of Ritchie, Dillard, Davis & Johnson, P.C. to the same (the "Objection"). On April 5, 2022, the Bankruptcy Court entered its Minute Order overruling the Objection and ordering the Clerk of the Court to close the case in due course. Accordingly, the Bankruptcy Case is postured for closure.

　　Dated this 4th day of May 2022.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　WADSWORTH GARBER WARNER CONRARDY, P.C.

　　　　　　　　　　　　　　　　*/s/ Lindsay S. Riley*
　　　　　　　　　　　　　　　　Aaron J. Conrardy, #40030
　　　　　　　　　　　　　　　　Lindsay S. Riley, #54771
　　　　　　　　　　　　　　　　2580 Main Street, Suite 200
　　　　　　　　　　　　　　　　Littleton, CO 80120
　　　　　　　　　　　　　　　　Phone: (303) 296-1999/Fax: (303) 296-7600
　　　　　　　　　　　　　　　　E-mail: aconrardy@wgwc-law.com
　　　　　　　　　　　　　　　　E-mail: lriley@wgwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May 2022, I delivered a true and correct copy of the foregoing via CM/ECF to the following:

Jeffrey S. Brinen
jsb@kutnerlaw.com

Keri L. Riley
klr@kutnerlaw.com

Joshua Sheade
joshua@berkencloyes.com

M. Stephen Peters
peters@msplaw.org

                                                */s/Angela Garcia*
                                                Angela Garcia
                                                Paralegal